# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 18-11071
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**
February 21, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JULIO CESAR ARELLANO-GALEANA, also known as Julio Arrellano-Galeana,

Defendant-Appellant

————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CR-20-1

————

Before SMITH, DENNIS, and DUNCAN, Circuit Judges.

PER CURIAM:*

Julio Cesar Arellano-Galeana appeals his guilty-plea conviction and sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).  He contends for the first time on appeal that the district court failed to admonish him regarding the applicable sentencing range, as required by FED. R. CRIM. P. 11(b)(1), thus rendering his

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-11071

guilty plea unknowing and involuntary.  Because Arellano-Galeana failed to raise this Rule 11 challenge in the district court, we apply a plain-error standard of review.  *See United States v. Brown*, 328 F.3d 787, 789 (5th Cir. 2003).  There is no mandatory minimum penalty applicable to Arellano-Galeana's offense of conviction, and the record shows that Arellano-Galeana understood the maximum possible penalty of 20 years in prison.  *See* § 841(a)(1), (b)(1)(C).  Further, Arellano-Galeana fails to show that any purported error affected his substantial rights.  *See Brown*, 328 F.3d at 789.

Accordingly, the judgment of the district court is AFFIRMED.